


ENTERED
09/18/2009

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| CHINA TOWN CENTER, INC. | § | 03-42234-H3-7 |
| | § | (Chapter 7) |
| Debtor | § | |

## ORDER

CAME ON to for consideration the "Motion of United States Trustee to Withdraw Funds from Registry of Court and to Close Case". Premises considered, it is therefore

ORDERED that the motion is granted; it is further

ORDERED that the Clerk shall release all funds together with any accrued interest thereon placed in the registry pursuant to Order #219 in the name of Reliant Energy in the above styled and numbered case to the United States Trustee as partial satisfaction of its administrative claim for quarterly fees; and it is further

ORDERED that the case shall be closed.

Signed this _____ day of ___SEP 1 8 2009___, 2009.

_Letitia Z. Paul_
HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

PREPARED BY:

CHARLES F. McVAY
UNITED STATES TRUSTEE

By: /s/ Ellen M. Hickman
 Ellen M. Hickman, #12975800
 Trial Attorney
 515 Rusk, Suite 3516
 Houston, TX 77002
 Tel. 713/718-4650, Fax. 713/718-4680